# Third District Court of Appeal

## State of Florida

Opinion filed June 28, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0421
Lower Tribunal No. F01-29974
_____

**Emilio Noguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Emilio Noguez, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See § 782.04(1), Fla. Stat. (2001); § 777.04(4)(b), Fla. Stat. (2001); § 775.087(1), Fla. Stat. (2001); Harris v. State, 983 So. 2d 662, 662–63 (Fla. 4th DCA 2008); Moss v. State, 270 So. 3d 559, 560 (Fla. 1st DCA 2019).